UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL JOHNSON,

    Plaintiff,

vs.

BRYAN LAWLESS,

    Defendant.

Case No. 3:20-cv-73

District Judge Douglas R. Cole
Magistrate Judge Michael J. Newman

---

## ORDER
---

Plaintiff Michael Johnson brings this action *pro se* asserting civil rights claims under 42 U.S.C. § 1983 arising from conduct occurring during his incarceration at the Southern Ohio Correctional Facility ("SOCF") in Lucasville, Scioto County, Ohio. Doc. 1-2. Pursuant to S.D. Ohio Civ. R. 82.1(c), "[a]n action against a defendant or defendants resident in this District shall be filed at the location of Court that serves a county in which at least one defendant resides." Here, the only named Defendant is Bryan Lawless, who Plaintiff alleges resides in Scioto County, Ohio. *See* doc. 1-2 at PageID 14. Pursuant to S.D. Ohio Civ. R. 82.1(b), Scioto County is served by the Western Division of this Court at Cincinnati. Accordingly, pursuant to 28 U.S.C. § 1406(a), the Clerk of Court is **ORDERED** to **TRANSFER** this case to Western Division of this Court at Cincinnati.

    **IT IS SO ORDERED.**

Date:  February 24, 2020

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge